MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
P:  (702) 384-4012
F:  (702) 383-0701
mstoberski@ocgas.com
Attorney for Defendant
*Costco Wholesale Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZOILA ARMAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOE Individuals 1-10; DOE Employees 11-20; and ROE Corporations 21-30,<br><br>Defendants. | CASE NO.:  2-21-cv-01528-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE THE STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff ZOILA ARMAS and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate to continue the deadline to file the Stipulation and Order for Dismissal With Prejudice in the above-caption matter thirty (30) days, from April 7, 2023 to May 8, 2023.  This extension is being requested due the fact that Defendant was unable to order the settlement check until it received the Medicare form from Plaintiff, which was provided to Defendant on March 28, 2023.  The settlement check was requested on March 28, 2023 and was mailed to Defendant's

///

///

///

1

1  attorney on April 6, 2023. The check should be received one day next week and the Stipulation and Order

2  for Dismissal submitted thereafter. .

3  DATED this 7th day of April, 2023.                    DATED this 7th day of April, 2023.

5  OLSON CANNON GORMLEY & STOBERSKI            COGBURN LAW

6  /s/ Michael A. Federico, Esq.                         /s/ Joseph J. Troiano, Esq.

7  MICHAEL A. FEDERICO, ESQ.                    JOSEPH J. TROIANO, ESQ.
   Nevada Bar No. 005946                        Nevada Bar No.: 12505
8  9950 West Cheyenne Avenue                    2580 St. Rose Parkway, Ste. 330
9  Las Vegas, Nevada 89129                      Las Vegas, Nevada 89074
   Attorneys for Defendant                      Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the last date to file the Stipulation and Order for Dismissal With Prejudice in the above-captioned matter is May 8, 2023.

**IT IS SO ORDERED.**

DATED: April 7, 2023

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.

_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorney for Defendant
*Costco Wholesale Corporation*