MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
mstoberski@ocgas.com
Attorney for Defendant
*Costco Wholesale Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZOILA ARMAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOE Individuals 1-10; DOE Employees 11-20; and ROE Corporations 21-30,<br><br>Defendants. | CASE NO.: 2-21-cv-01528-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff ZOILA ARMAS and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendants in said captioned action is and are hereby dismissed with prejudice.

///

///

///

///

///

1

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this 17th day of April, 2023.          DATED this 17th day of April, 2023.

OLSON CANNON GORMLEY & STOBERSKI          COGBURN LAW

/s/ Michael A. Federico, Esq.                /s/ Joseph J. Troiano, Esq.

MICHAEL A. FEDERICO, ESQ.          JOSEPH J. TROIANO, ESQ.
Nevada Bar No. 005946               Nevada Bar No.: 12505
9950 West Cheyenne Avenue           2580 St. Rose Parkway, Ste. 330
Las Vegas, Nevada 89129             Las Vegas, Nevada 89074
Attorneys for Defendant             Attorney for Plaintiff
*Costco Wholesale Corporation*      *Zoila Armas*

## ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff ZOILA ARMAS against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto.

**IT IS SO ORDERED.**

DATED: April 17, 2023

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
Attorney for Defendant
*Costco Wholesale Corporation*